**VALDEZ**

v.

**LABOR COMMISSION**

20170368

Supreme Court of Utah.

07/05/2017

20150424, 397 P.3d 753

Petition for Writ of Certiorari Denied.

■

**STATE**

v.

**PHILLIPS**

20170480

Supreme Court of Utah.

07/27/2017

20140633

Petition for Writ of Certiorari Denied.

■

**STATE**

v.

**NICHOLLS**

20170350

Supreme Court of Utah.

08/17/2017

397 P.3d 709, 20140629

Petition for Writ of Certiorari Denied.

■

**VEYSEY**

v.

**NELSON**

20170515

Supreme Court of Utah.

08/25/2017

20150609, 397 P.3d 846

Petition for Writ of Certiorari Denied.